# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147075

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GALE LYNN MESECAR,
      Defendant-Appellant.

SC: 147075
COA: 312292
Barry CC: 08-100131-FH

_____/

On order of the Court, the application for leave to appeal the March 15, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that part of the sentence of the Barry Circuit Court imposing fines, costs, and fees, and we REMAND this case to that court. On remand, the circuit court shall articulate on the record the basis for imposing the fines, costs, and fees, and provide the defendant an opportunity to object. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2013



Clerk

s1105